**No. 45545.**—Protests 720185–G, etc., of Barney Anderson & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.